UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

MATHEW SPISAK,

    Plaintiff,

 -vs-                      Case No. 18-11989
                             Hon. Gershwin A. Drain

TRUEACCORD CORP.,

    Defendant.

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Whereas the parties to this stipulation agree that all of the claims in this lawsuit have been resolved, this matter is dismissed without prejudice with the parties to submit a dismissal with prejudice upon completion of the terms of the settlement agreement.

Stipulated to by:

| By:   s/ Adam G. Taub | By:   s/Manuel H. Newburger by |
|---|---|
| Adam G. Taub (P48703) | consent |
| ADAM G. TAUB & ASSOCIATES | Manuel H. Newburger |
| CONSUMER LAW GROUP, PLC | Attorney for TrueAccord Corp. |
| Attorney for Mathew Spisak | 7320 N Mopac Expy, Suite 400 |
| 17200 West Ten Mile Rd, Ste 200 | Austin, TX 78731 |
| Southfield, MI 48075 | (512) 649-4022 |
| (248) 746-3790 | mnewburger@bn-lawyers.com |
| adamgtaub@clgplc.net | |

Dated: April 18, 2019

1

UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

MATHEW SPISAK,

     Plaintiff,                       DEMAND FOR JURY TRIAL

 -vs-                           Case No. 18-11989
                                    Hon. Gershwin A. Drain

TRUEACCORD CORP.,

     Defendant.

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice.

 The parties may submit an order of dismissal with prejudice upon completion of any terms of settlement.

**SO ORDERED:**

s/Gershwin A. Drain
Hon. Gershwin A. Drain


Entered at Detroit, Michigan, on April 18, 2019.

2